# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. STEFAN,<br><br>   Plaintiff,<br><br>   v.<br><br>FERDINAND ALBA TUAZON, DDS, and DOES 1 THROUGH 10<br><br>   Defendants. | CASE NO.: 07 CV 1245 BTM (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

Presently before the court is the parties' Joint Motion to Dismiss With Prejudice. Upon good cause appearing and agreement of the parties, the court hereby **GRANTS** the parties' joint motion. All Defendants are **DISMISSED** from this matter with prejudice and the complaint is **DISMISSED** with prejudice in its entirety. The Clerk of the Court is ordered to terminate this case and close the file. Each party will bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: September 26, 2007

*Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge